Shannon G. Splaine, Esq.
Nevada Bar No. 8241
LINCOLN, GUSTAFSON & CERCOS
3960 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada  89169
Tel: (702) 257-1997
Fax: (702) 257.2203
Email: ssplaine@lgclawoffice.com

Attorney for Defendant Radius Solutions, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KATHRYN LONG, individually and on behalf of others similarly situated,<br><br>                    Plaintiff,<br><br>vs.<br><br>TORRES CREDIT SERVICES, INC. and RADIUS SOLUTIONS, INC.,<br><br>                    Defendants. | Case No.  2:13-cv-01531-APG-VCF<br><br>**DEFENDANT, RADIUS SOLUTIONS, LLC'S, UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Defendant, Radius Solutions, Inc. n/k/a Radius Solutions, LLC (Radius), through counsel and under the Federal Rules of Civil procedure, files this Unopposed Motion for an Extension of Time to Respond to Plaintiff's First Amended Complaint, and states:

1.      On December 23, 2013, plaintiff, Kathryn Long (plaintiff), served her amended complaint and summons on Radius. Radius's responsive pleading is currently due on January 13, 2014.

2.      Undersigned counsel, however, requests additional time to review the file materials, conduct an investigation and confer with his client in order to draft an appropriate responsive pleading. In addition, the extension will allow the parties the time necessary to engage in meaningful and good-faith settlement negotiations in hopes the parties can reach a mutually agreeable resolution without the Court's involvement.

3.      Plaintiff, through counsel, has agreed to allow Radius an extension of time through and including January 31, 2014 to respond to the complaint.

WHEREFORE, Defendant, Radius Solutions, LLC, respectfully requests this Court grant it an extension through and including January 31, 2014 to respond to the complaint, and for such other relief as this Court deems proper.

Respectfully submitted this 13 day of January, 2014.

LINCOLN, GUSTAFSON & CERCOS

/s/ Shannon Splaine
Shannon G. Splaine, Esq.
Nevada Bar No. 8241
3960 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Attorney for Defendant,
Radius Solutions, LLC

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:    1-14-2014

## CERTIFICATE OF SERVICE

I certify that on this 13th day of January 2014, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

David H. Krieger, Esq.  
Haines & Krieger, LLC  
8985 S. Eastern Avenue, Suite 130  
Henderson, NV 89123

Keith A. Yeoman, Esq.  
Carlson & Messer LLP  
5959 W. Century Boulevard, Suite 1214  
Los Angeles, CA 90045

Danny Horen, Esq.  
7854 W. Sahara Venue  
Las Vegas, NV 89117

Kurt R. Bonds, Esq.  
Alverson Taylor Mortensen, et al.  
7401 W. Charleston Boulevard  
Las Vegas, NV 89117

/s/ Staci D. Ibarra

Staci D. Ibarra, an employee  
of THE LAW OFFICES OF  
LINCOLN, GUSTAFSON & CERCOS