# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| KATHRYN LONG,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TORRES CREDIT SERVICES, INC. and<br>RADIUS SOLUTIONS, INC.,<br><br>　　　　　Defendants. | 2:13-cv-01531-APG-VCF<br><br>**MINUTE ORDER** |

　　　Before the Court is Defendant Torres Credit Services, Inc. Request for Telephonic Appearance at Discovery Hearing. (#21).

　　　Defendant has given sufficient reason to appear telephonically.

　　　IT IS HEREBY ORDERED that Defendant Torres Credit Services, Inc. Request for Telephonic Appearance at Discovery Hearing (#21) is GRANTED. Mr. Keith A. Yeomans may appear telephonically at the hearing at 11:00 a.m., February 4, 2014. The call-in conference number is 702-868-4911, passcode 123456. The call must be from a land line. Local counsel must attend this hearing in person.

　　　DATED this 29th day of January, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE