**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

***

| | |
|---|---|
| KATHRYN LONG, | |
| Plaintiff, | 2:13-cv-01531-APG-VCF |
| vs. | **MINUTE ORDER** |
| TORRES CREDIT SERVICES, INC. and RADIUS SOLUTIONS, INC., | |
| Defendants. | |

On March 17, 2014, the parties filed a Notice of Settlement requesting all pending dates and filing requirements be vacated and that the Court set a deadline on or before May 17, 2014 for filing a Joint Dismissal. (#32).

Accordingly,

IT IS HEREBY ORDERED that this case is stayed pending the Stipulation and Order for Dismissal.

IT IS FURTHER ORDERED that the Stipulation and Order for Dismissal must be filed on or before May 19, 2014.

DATED this 18th day of March, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE